(No. 1792—

ERNEST KUMPF, Claimant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed March 9, 1932.*

HENRY MANSFIELD AND DAVID J. COWAN, for claimant.

OSCAR E. CARLSTROM, Attorney General, for respondent.

Mr. JUSTICE THOMAS delivered the opinion of the court:

On March 8, 1932, comes Mansfield and Cowan, attorneys for claimant and file their written motion to dismiss suit as the claimant has been paid in full.

Motion granted and suit dismissed.